IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSALYN CHRISTOPHERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 20-545 |
| POLYCONCEPT NORTH AMERICA, INC., | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

AND NOW, this 17th day of January 2024, the Court having now dismissed all claims in Plaintiff's Amended Complaint with prejudice by its Memorandum Opinion (Docket No. 45), Order of Court (Docket No. 46), and Order of Court (Docket No. 47),

IT IS HEREBY ORDERED that final judgment of this Court is entered against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

Cc/ecf:   All counsel of record

ROSALYN CHRISTOPHERSON (via U.S. Mail)
1770 Greensburg Road
Lower Burrell, PA 15068